IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EL' AHMAD BABA HASHIN BARAK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 12-835-SLR/MPT |
| ) | |
| HSBC BANK, NA, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

At Wilmington this 19th day of July, 2013, having considered the Report and Recommendation of Chief United States Magistrate Judge May Pat Thynge issued on June 14, 2013, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

IT IS ORDERED that:

1. Chief United States Magistrate Judge Thynge's Report and Recommendation (D.I. 20) is adopted.

2. Defendant's motion to dismiss (D.I. 9) is granted with prejudice.

3. Plaintiff's motion for summary judgment (D.I. 16) is moot.

United States District Judge